

Sarah Decker <decker@rfkhumanrights.org>

# CBP FOIA - CBP-FO-2025-055593
2 messages

**cbpfoia@cbp.dhs.gov** <noreply@securerelease.us>  Tue, Jan 28, 2025 at 4:19 PM
Reply-To: cbpfoia@cbp.dhs.gov
To: decker@rfkhumanrights.org

Sarah Decker
Robert F. Kennedy Human Rights
1300 19th Street NW
#750
Washington, District of Columbia 20036

01/28/2025

CBP-FO-2025-055593

Dear Sarah Decker,

Your request was received in this office on 1/27/2025 in which you requested any and all Records that were prepared, received, transmitted, collected, and/or maintained by CRCL in connection to its investigation(s) concerning age determination and birth certificate verification procedures, commenced on or before May 11, 2020, including the investigations referenced in the 2020 CRCL Investigation Retention Memo and in the 2022 CRCL Annual Report.  After assessing your request, we have determined the records you seek are not under the purview of U.S. Customs and Border Protection.  We recommend that you redirect your request to U.S. Department of Homeland Security, The Office of Civil Rights and Liberties (CRCL) https://www.dhs.gov/foia-transparency-initiative.

Please note that this message has been sent from an unmonitored e-mail account. Any messages sent to this account will not be read.

Sincerely,

U.S. Customs and Border Protection

---

**Sarah Decker** <decker@rfkhumanrights.org>  Wed, May 14, 2025 at 3:39 PM
To: Judith Mogul <judith.mogul@rfkhumanrights.org>

[Quoted text hidden]

--
**Sarah Decker (she/her)**
Staff Attorney
U.S. Advocacy & Litigation
Robert F. Kennedy Human Rights

T: 908-967-3245
E: decker@rfkhumanrights.org

W: rfkhumanrights.org

Twitter | Facebook | Instagram

**EXPOSE INJUSTICE.**
**TEACH CHANGE.**
**SHAPE HISTORY.**