

Sarah Decker <decker@rfkhumanrights.org>

# ICE FOIA 2025-ICFO-16332
2 messages

**ice-foia@ice.dhs.gov** <noreply@securerelease.us>                                                                                      Wed, Feb 5, 2025 at 3:01 PM
Reply-To: ice-foia@ice.dhs.gov
To: decker@rfkhumanrights.org

02/05/2025

Sarah Decker

RE:  ICE FOIA Case Number 2025-ICFO-16332

Dear Requester:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), dated 1/27/2025, your request for a waiver of all assessable FOIA fees, and your request for expedited treatment. Your request was received in this office on 1/27/2025. Specifically, you have requested any and all Records that were prepared, received, transmitted, collected, and/or maintained by CRCL in connection to its investigation(s) concerning age determination and birth certificate verification procedures, commenced on or before May 11, 2020, including the investigations referenced in the 2020 CRCL Investigation Retention Memo and in the 2022 CRCL Annual Report.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Per Section 5.5(a) of the DHS FOIA regulations, 6 C.F.R. Part 5, ICE processes FOIA requests according to their order of receipt. Although ICE's goal is to respond within 20 business days of receipt of your request, the FOIA does permit a 10-day extension of this time period. As your request seeks numerous documents that will necessitate a thorough and wide-ranging search, ICE will invoke a 10-day extension for your request, as allowed by Title 5 U.S.C. § 552(a)(6)(B). If you're able to narrow the scope of your request please contact our office. Narrowing the scope may speed up the search process. We will make every effort to comply with your request in a timely manner.

ICE evaluates fee waiver requests under the legal standard set forth above and the fee waiver policy guidance issued by the Department of Justice on April 2, 1987, as incorporated into the Department of Homeland Security's Freedom of Information Act regulations.  These regulations set forth six factors to examine in determining whether the applicable legal standard for fee waiver has been met.  I have considered the following factors in my evaluation of your request for a fee waiver:

        (1) Whether the subject of the requested records concerns "the operations or activities of the government";
        (2) Whether the disclosure is "likely to contribute" to an understanding of government operations or activities;
        (3) Whether disclosure of the requested information will contribute to the understanding of the public at large, as opposed to the individual understanding of the requestor or a narrow segment of interested persons;
        (4) Whether the contribution to public understanding of government operations or activities will be "significant";
        (5) Whether the requester has a commercial interest that would be furthered by the requested disclosure; and
        (6) Whether the magnitude of any identified commercial interest to the requestor is sufficiently large in comparison with the public interest in disclosure, that disclosure is primarily in the commercial interest of the requestor.

Upon review of your request and a careful consideration of the factors listed above, I have determined to grant your request for a fee waiver.

Your request for expedited treatment is hereby denied.

3/20/25, 11:32 AM                         Robert F. Kennedy Human Rights Mail - 2025-ICFO-...

Case 1:25-cv-04349-AS    Document 1-5    Filed 05/22/25    Page 2 of 3

Under the DHS FOIA regulations, expedited processing of a FOIA request is warranted if the request involves "circumstances in which the lack of expedited treatment could reasonably be expected to pose an imminent threat to the life or physical safety of an individual," 6 C.F.R. § 5.5(e)(1)(i), or "an urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information," 6 C.F.R. § 5.5(e)(l)(ii). Requesters seeking expedited processing must submit a statement explaining in detail the basis for the request, and that statement must be certified by the requester to be true and correct. 6 C.F.R. § 5.5(e)(3).

Your request for expedited processing is denied because you do not qualify for either category under 6 C.F.R. § 5.5(e)(1). You failed to demonstrate a particular urgency to inform the public about the government activity involved in the request beyond the public's right to know about government activity generally. Your letter was conclusory in nature and did not present any facts to justify a grant of expedited processing under the applicable standards.

If you deem the decision to deny expedited treatment of your request an adverse determination, you have the right to appeal. Should you wish to do so, you must send your appeal and a copy of this letter, within 90 days of the date of this letter following the procedures outlined in the DHS FOIA regulations at 6 C.F.R. Part 5 § 5.5(e)(2). You may submit your appeal electronically at GILDFOIAAppeals@ice.dhs.gov or via regular mail to:

> U.S. Immigration and Customs Enforcement
> Office of the Principal Legal Advisor
> U.S. Department of Homeland Security
> 500 12th Street,, S.W., Mail Stop 5900
> Washington, D.C. 20536-5900

Your envelope and letter should be marked "FOIA Appeal." Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia.

ICE has queried the appropriate program offices within ICE for responsive records. If any responsive records are located, they will be reviewed for determination of releasability. Please be assured that one of the processors in our office will respond to your request as expeditiously as possible. We appreciate your patience as we proceed with your request.

If you have any questions please contact FOIA Public Liaison Daniel Edgington, at (866) 633-1182 or 500 12th St, SW Stop 5009 Washington, DC 20536-5009. Additionally, you have a right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974. You may contact OGIS as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448.

Your request has been assigned reference number 2025-ICFO-16332. Please use this number in future correspondence.


Sincerely,

ICE FOIA Office
Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009

---

**ice-foia@ice.dhs.gov** <noreply@securerelease.us>                                                    Wed, Feb 5, 2025 at 3:05 PM
Reply-To: ice-foia@ice.dhs.gov
To: decker@rfkhumanrights.org

02/05/2025

Sarah Decker

RE:  ICE FOIA Case Number 2025-ICFO-16332

Dear Requester:

This acknowledges receipt of your 1/27/2025, Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), for any and all Records that were prepared, received, transmitted, collected, and/or maintained by CRCL in connection to its investigation(s) concerning age determination and birth certificate verification procedures, commenced on or before May 11, 2020, including the investigations referenced in the 2020 CRCL Investigation Retention Memo and in the 2022 CRCL Annual Report. Your request was received in this office on 1/27/2025.

Upon initial review of your request, I have determined that the information you are seeking is also under the purview of the Civil Rights and Civil Liberties (CRCL) a DHS component.  Therefore, I am referring your request to the FOIA Officer for CRCL, for processing and direct response to you.  You may contact that office at:

Office for Civil Rights and Civil Liberties
Mail Stop 0190
ATTN:CRCL FOIA Officer
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave SE
Washington, DC 20528-0190
CRCLFOIA@hq.dhs.gov

Your request has been assigned reference number 2025-ICFO-16332. Please use this number in future correspondence. If you have any questions, please contact FOIA Public Liaison, Daniel Edgington at (866) 633-1182 or 500 12th Street, S.W., Stop 5009, Washington, D.C. 20536-5009.

[Quoted text hidden]