

Sarah Decker <decker@rfkhumanrights.org>

# ICE FOIA 2025-ICFO-16332

**ice-foia@ice.dhs.gov** <noreply@securerelease.us>    Wed, Feb 5, 2025 at 3:05 PM
Reply-To: ice-foia@ice.dhs.gov
To: decker@rfkhumanrights.org

02/05/2025

Sarah Decker

RE:  ICE FOIA Case Number 2025-ICFO-16332

Dear Requester:

This acknowledges receipt of your 1/27/2025, Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), for any and all Records that were prepared, received, transmitted, collected, and/or maintained by CRCL in connection to its investigation(s) concerning age determination and birth certificate verification procedures, commenced on or before May 11, 2020, including the investigations referenced in the 2020 CRCL Investigation Retention Memo and in the 2022 CRCL Annual Report. Your request was received in this office on 1/27/2025.

Upon initial review of your request, I have determined that the information you are seeking is also under the purview of the Civil Rights and Civil Liberties (CRCL) a DHS component.  Therefore, I am referring your request to the FOIA Officer for CRCL, for processing and direct response to you.  You may contact that office at:

Office for Civil Rights and Civil Liberties
Mail Stop 0190
ATTN:CRCL FOIA Officer
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave SE
Washington, DC 20528-0190
CRCLFOIA@hq.dhs.gov

Your request has been assigned reference number 2025-ICFO-16332. Please use this number in future correspondence. If you have any questions, please contact FOIA Public Liaison, Daniel Edgington at (866) 633-1182 or 500 12th Street, S.W., Stop 5009, Washington, D.C. 20536-5009.

[Quoted text hidden]