UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS et al.,<br><br>       Plaintiffs,<br><br>   -against-<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>       Defendants. | 25-cv-4349 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The parties are ORDERED to provide a joint status update and schedule to the Court by **July 1, 2025**. The update should address any disputed issues with both sides' positions laid out, including whether the issues are ripe for decision or require further briefing,

  SO ORDERED.

Dated: June 20, 2025
    New York, New York

                    _____
                      ARUN SUBRAMANIAN
                     United States District Judge