UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS et al., <br><br> Plaintiffs, <br><br> -against- <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al., <br><br> Defendants. | 25-cv-4349 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

After a review of the materials submitted, *see* Dkts. 41, 42, 44, 45, and 46, the Court ORDERS that the processing of the requested records of the Office for Civil Rights and Civil Liberties of the Department of Homeland Security shall proceed at a rate of 1,500 pages per month. The parties shall meet and confer to identify those categories of records that are higher priority so they may be processed first.

SO ORDERED.

Dated: July 22, 2025
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge