UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; NATIONAL IMMIGRATION PROJECT; and AMERICAN CIVIL LIBERTIES UNION OF LOUISIANA,<br><br>                    Plaintiffs,<br><br>          -against-<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>                    Defendants. | 25-CV-4349 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's **September 29, 2025** Order, **Dkt. 56**, the parties were required to submit a further joint status report on or before **October 22, 2025**. Given the current lapse in appropriations and government shutdown, that status report is now due within **21 days** of when funding to the Department of Justice is restored.

      SO ORDERED.

Dated: October 23, 2025
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                  United States District Judge