UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT F. KENNEDY HUMAN RIGHTS,
NATIONAL IMMIGRATION PROJECT, and
AMERICAN CIVIL LIBERTIES UNION OF
LOUISIANA,

                         Plaintiffs,

            -against-

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, et al.,

                         Defendants.

25-CV-4349 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

After a review of the materials submitted, *see* Dkts. 63, 67, 68 and 69, the Court ORDERS that the expedited processing of the requested records of Customs and Border Protection shall proceed at a rate of 1,000 pages per month. After each batch of records is processed, any *necessary* referrals and consultations with other executive branch agencies shall be completed within one month. The parties shall continue to meet and confer to identify categories of records that are higher priority and shall provide the Court with a joint status update by March 16, 2026.

        SO ORDERED.

Dated: February 2, 2026
       New York, New York

                                    _____
                                    ARUN SUBRAMANIAN
                                    United States District Judge